B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maryland

In re    Guerline Lambert                Case No. _____
                                     Debtor(s)         Chapter     7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept .................................................................... | $ | 1,800.00 |
| Prior to the filing of this statement I have received ........................................................ | $ | 1,800.00 |
| Balance Due ...................................................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     b.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    April 1, 2026                          /s/ David M. Gormley
*Date*                                             David M. Gormley 10859
                                           *Signature of Attorney*
                                           Andrews Bongar Gormley & Clagett, PA
                                           11705 Berry Road, Suite 202
                                           Waldorf, MD 20603-
                                           (301) 645-4100   Fax:
                                           Gormley@southernmarylandlaw.com
                                           *Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy